**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**SUSAN HERBERT on her own and on
behalf of her minor sons, E and C.,**

      Plaintiff,

v.                                          **CASE NO. 3:07-cv-776-J-16MCR**

**UNITED STATES OF AMERICA,**

      Defendant**.**
_____/

## **O R D E R**

This cause is before the Court on the Report and Recommendation of the United States Magistrate Judge, filed September 6, 2007 (Doc. #6). No objections have been filed to said Report. After an independent review of the entire record herein, the Court hereby adopts, confirms, and ratifies the Magistrate's Report and Recommendation. Accordingly, it is now

**ORDERED AND ADJUDGED** that this case is **DISMISSED** pursuant ot 28 U.S.C. § 1915(e)(2)(B)(i).

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, this 27th day of September, 2007.

_____
JOHN H. MOORE II
United States District Judge

Copies to:
      Counsel of record
      Pro Se Parties